UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                Plaintiff,<br>    v.<br><br>KATHLEEN HARVEY, *et al.*,<br><br>                Defendants. | CASE NO. C18-1505-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 5th day of March 2019.

                William M. McCool
                Clerk of Court

                s/Tomas Hernandez
                Deputy Clerk